**FILED**

MAR - 3 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) No. | 1:20CR00040SNLJ/ACL |
| CHRISTOPHER A. DARNELL, | ) ) Title 18 U.S.C. § 922(g)(1) ) Title 18 U.S.C. § 922(j) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about April 22, 2019, in Butler County, within the Southeastern Division of the Eastern District of Missouri, **CHRISTOPHER A. DARNELL,** the defendant herein, did knowingly possess in and affecting interstate commerce, ammunition, knowing he had been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 22, 2019, in Butler County, within the Southeastern Division of the Eastern District of Missouri, **CHRISTOPHER A. DARNELL**, the defendant herein, did knowingly possess stolen ammunition, which had previously been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the ammunition was stolen, in violation of Title 18, United States Code, Section 922(j).

A TRUE BILL.

JEFFREY B. JENSEN
UNITED STATES ATTORNEY          FOREPERSON

KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY